```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEVIN DAVIS,

                         Plaintiff,

  -against-

EAGLEMOSS INC.,

                         Defendant.
-----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**21-CV-6216 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    In light of the Order of Dismissal filed on December 2, 2021 (doc. no 18) the Settlement Conference currently scheduled for **December 10, 2021** is hereby adjourned *sine die*.

    SO ORDERED.

Dated: December 3, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge