IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEVIN DAVIS, on behalf of himself and all others similarly situated,** <br><br> Plaintiff, <br><br> -v- <br><br> **EAGLEMOSS INC.,** <br><br> Defendant. | Civil Case Number: 1:21-cv-06216-JMF |

**[PROPOSED] DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 18, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-06216-JMF**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 21st **day of** March **2022.**

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE